IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN CARLOS OLEA,<br><br>　　　　　　　　Defendant. | 8:17–CR–124<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND DENYING SENTENCE REDUCTION** |

　　　　This matter is before the Court on the Motion to Withdraw filed by Federal Public Defender, Mr. David R. Stickman. Filing 103. After the Defendant submitted a letter to this Court requesting that his case be reviewed to determine his eligibility for a "2-point" sentence reduction, Filing 101, the Office of the Federal Public Defender was appointed to represent him pursuant to General Order No. 2023-09. Filing 102. The purpose of this appointment was to determine whether the Defendant qualified "for relief pursuant to either the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10 providing for the retroactive application of Amendment 821[.]" Filing 102 at 1. Mr. Stickman has moved to withdraw as counsel because, the Defendant's offense of conviction involved possession of a firearm and therefore no relief is allowed pursuant to U.S.S.G. § 4C1.1(a)(7)." Filing 103 at 1. The United States Probation Office also submitted a worksheet in this case which states that the Defendant is not eligible for a reduction. Filing 104 at 1. The Court agrees that the Defendant is not eligible for a reduction and concludes that Mr. Stickman's Motion to Withdraw should be granted for the reasons he set forth in his Motion. Accordingly,

　　　　IT IS ORDERED:

　　　　1. Federal Public Defender David R. Stickman's Motion to Withdraw, Filing 103, is granted; and

1

2

2. To the extent Juan Carlos Olea seeks any further relief in Filing 101, his request is denied.

Dated this 3rd day of May, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge